UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

WILLIAM LIGUORI, JR.; TRICIA LIGUORI;  :
JOSE AGUILAR; and ELIZABETH            :
MANLEY, each individually and on behalf of  :
all those similarly situated,          :          **ORDER**
               Plaintiffs,  :
     v.                          :          19 CV 10677 (VB)
                       :
WELLS FARGO BANK, N.A.,                 :
               Defendant.  :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/2020

       On March 9, 2020, defendant moved to stay this action pending a decision from the

Judicial Panel on Multidistrict Litigation ("JPML") on a petition to transfer this action and similar

actions pursuant to 28 U.S.C. § 1407 for consolidated pretrial proceedings in the Northern District

of California or, alternatively, the Eastern District of Washington (the "MDL Petition").

(Doc. #14).

       The JPML has denied the MDL Petition. See Order Denying Transfer, In re: Wells Fargo

Mortg. Modification Litig. (J.P.M.L. Mar. 30, 2020), ECF No. 42.

       Accordingly, it is HEREBY ORDERED:

       Defendant's pending motion to stay is DENIED AS MOOT.

       The Clerk is instructed to terminate the motion. (Doc. #14).

Dated: March 30, 2020
      White Plains, NY

                    SO ORDERED:

                    Vincent L. Briccetti
                    United States District Judge