UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM LIGUORI, JR., et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                Defendant. | No. 7:19-cv-10677-VB<br>Hon. Vincent L. Briccetti<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE THAT**, upon the accompanying memorandum of law, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") will move this Court for a stay of these proceedings until the United States District Court for the Northern District of California rules on whether to grant final approval of the proposed nationwide class settlement in *Hernandez v. Wells Fargo Bank, N.A.*, No. 3:18-cv-07354-WHA (N.D. Cal.). For the reasons set forth in the accompanying memorandum of law, a stay is warranted in this case. Wells Fargo therefore respectfully requests that the Court stay all proceedings in this action pending final approval of the class settlement in *Hernandez* and for all other relief the Court deems just and proper.

Dated: May 28, 2020                                                Respectfully submitted,

                                                                               s/ *Angela A. Smedley*
                                                                               Angela A. Smedley
                                                                               asmedley@winston.com
                                                                               WINSTON & STRAWN LLP
                                                                               200 Park Avenue
                                                                               New York, NY 10166
                                                                               Telephone: (212) 294-6700
                                                                               Fax: (212) 294-4700

                                                                               Amanda L. Groves (*pro hac vice*)
                                                                               agroves@winston.com

Kobi Kennedy Brinson (*pro hac vice* forthcoming)
kbrinson@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800

*Counsel for Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

    I certify that on May 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated: May 28, 2020

s/ *Angela A. Smedley*

*Counsel for Wells Fargo Bank, N.A.*