UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| **WILLIAM LIGUORI, JR.,** *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **WELLS FARGO BANK, N.A.**, <br><br> Defendant. | Civ. No. 7:19-cv-10677-VB <br><br> Hon. Vincent L. Briccetti <br><br> **Joint Stipulation to Extend Time to Respond to Motion to Stay** |

Now come the undersigned attorneys for Plaintiffs, William Liguori, Jr., Tricia Liguori, Jose Aguilar and Elizabeth Manley, and Defendant Wells Fargo Bank, N.A., who hereby jointly stipulate that Plaintiffs shall have until June 25, 2020 to respond to the Motion to Stay Proceedings (Dkt. 27). Defendant shall have until July 8, 2020 to file a Reply. No prior leave has been granted with respect to the Motion to Stay Proceedings.

Respectfully submitted,

/s/ Javier L. Merino
Javier L. Merino
Marc E. Dann (pro hac vice anticipated)
**THE DANN LAW FIRM CO. LPA**
372 Kinderkamack Rd., Ste. 5
Westwood, NJ 07675
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com
*Counsel for Plaintiffs William Liguori, Jr., Tricia Liguori, Jose Aguilar, and Elizabeth Manley*

*/s/Angela A. Smedley*
Angela A. Smedley
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Email: asmedley@winston.com

Amanda L. Groves (admitted pro hac vice)
Kobi Kennedy Brinson (admitted pro hac vice)
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
agroves@winston.com
kbrinson@winston.com
*Counsel for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Javier L. Merino
Javier L. Merino
Marc E. Dann (pro hac vice anticipated)
**THE DANN LAW FIRM CO. LPA**
*Counsel for Plaintiffs William Liguori, Jr., Tricia Liguori, Jose Aguilar, and Elizabeth Manley*
