UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM LIGUORI, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | No. 7:19-cv-10677-VB <br> Hon. Vincent L. Briccetti <br><br> **JURY DEMANDED** |

**JOINT STATUS UPDATE**

Pursuant to the Court's Order of December 1, 2020 (Dkt. 39), the parties hereby submit this joint update on the status of class settlement in *Hernandez v. Wells Fargo Bank, N.A.*, No. 3:18-cv-07354-WHA (N.D. Cal.), of which the Liguori plaintiffs are class members. The Liguori plaintiffs have received their final settlement distributions from *Hernandez* and released their claims against Wells Fargo. As for the remaining named plaintiffs, Mr. Aguilar and Ms. Manley, the parties are now in discussions regarding potential resolution of their claims. The parties therefore propose that the Court continue to stay this action in accordance with its September 8, 2020 Order (Dkt. 35) until the result of those discussions is known.

Dated: January 15, 2021

*/s/ Angela A. Smedley*
Angela A. Smedley
asmedley@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700

Amanda L. Groves (*pro hac vice*)
agroves@winston.com

Kobi Kennedy Brinson (*pro hac vice*)
kbrinson@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800

*Counsel for Wells Fargo Bank, N.A.*


Javier L. Merino
Marc E. Dann (pro hac vice anticipated)
notices@dannlaw.com
**THE DANN LAW FIRM CO. LPA**
372 Kinderkamack Rd., Ste. 5
Westwood, NJ 07675
Telephone: (216) 373-0539
Facsimile: (216) 373-0536

*Counsel for Plaintiffs William Liguori, Jr.,*
*Tricia Liguori, Jose Aguilar, and Elizabeth Manley*

## CERTIFICATE OF SERVICE

      I certify that on January 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated:   January 15, 2021                /s/ *Angela A. Smedley*

                                                        *Counsel for Wells Fargo Bank, N.A.*