Columbus | Cincinnati | Cleveland | New Jersey | New York  

**Javier L. Merino, Esq.***

201-355-3440  
Direct Telephone

JMerino@DannLaw.com  
Email

216-373-0536  
Fax

August 19, 2021

<u>Via ECF</u>  
The Honorable Vincent L. Bricetti  
United States District Court  
Southern District of New York White Plains  
300 Quarropas Street, Room 630  
White Plains, NY 10601

RE: *William Liguori, Jr. et al v. Wells Fargo Bank, N.A.*  
Case No.: 7:19-cv-10677-VB

Dear Judge Bricetti:

The undersigned are, respectively, counsel for remaining Plaintiffs Jose Aguilar and Elizabeth Manley ("Plaintiffs"), and Defendant Wells Fargo Bank, N.A. ("Defendant"; collectively, the "Parties"). The Parties wrote the Court on June 22, 2021 advising that they were in discussions regarding potential resolution of Plaintiffs' claims and requesting a stay of these proceedings through August 21, 2021. Dkt. 46. The Court granted the requested stay on June 23, 2021. Dkt. 47.

The Parties intend to resolve Plaintiffs' claims in this case through a separate class action filed in the Southern District of Ohio, captioned *Ethan Ryder, et al. v. Wells Fargo Bank, N.A.*, Case No. 1:19-cv-638-TSB (the "Ryder Matter"). Plaintiffs are proposed class representative in the Ryder Matter. On August 17, 2021, the Southern District of Ohio granted an Unopposed Motion for Preliminary Approval of Class Action Settlement in the Ryder Matter and scheduled a Final Approval Hearing for January 25, 2022.

The Parties therefore propose that they file a stipulation of dismissal without prejudice in this case, on or before August 27, 2021.

NJ Address  
372 Kinderkamack Rd Ste 5  
Westwood, NJ 07675

DannLaw.com  
877-475-8100  
*Licensed in NJ and NY

NY Address  
42 Broadway, 12th Floor  
New York, NY 10007  
By Appointment Only

*Liguori, et al. v. Wells Fargo Bank, N.A.*
Page 2

Very truly yours,

DANNLAW

/s/ *Javier L. Merino*
Javier L. Merino, Esq.
*Counsel for Jose Aguilar and Elizabeth Manley*

WINSTON & STRAWN LLP

/s/ *Angela A. Smedley*
Angela A. Smedley
*Counsel for Wells Fargo Bank, N.A.*