UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM LIGUORI, JR., ET AL.,<br><br>                             Plaintiffs,<br><br>    -against-<br><br>WELLS FARGO BANK, N.A.,<br><br>                             Defendant. | Case No. 7:19-CV-10677-VB<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action against Defendant shall be and is hereby dismissed without prejudice.

Dated: August 31, 2021

*STIPULATED AND AGREED:*

| | |
|---|---|
| By: *Javier L. Merino*<br>     *Javier L. Merino, Esq.*<br><br>**THE DANN LAW FIRM, P.C.**<br>372 Kinderkamack Road, Suite 5<br>Westwood, NJ 07675<br>(201) 355-3440<br><br>*Attorneys for Plaintiffs William Liguori, Jr., Tricia Liguori, Jose Aguilar and Elizabeth Manley* | By: *Angela A Smedley*<br>     *Angela A. Smedley, Esq.*<br><br>**WINSTON & STRAWN, LLP**<br>200 Park Avenue<br>New York, NY 10166-4193<br>(212) 291-5348<br><br>*Attorneys for Defendant Wells Fargo Bank, N.A.* |