UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM LIGUORI, JR., ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 7:19-CV-10677-VB <br><br> STIPULATION *& ORDER* OF DISMISSAL WITHOUT PREJUDICE <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 8/31/21 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action against Defendant shall be and is hereby dismissed without prejudice.

Dated: August 31, 2021

*STIPULATED AND AGREED:*

| | |
|---|---|
| By: *Javier L. Merino* <br> Javier L. Merino, Esq. <br><br> **THE DANN LAW FIRM, P.C.** <br> 372 Kinderkamack Road, Suite 5 <br> Westwood, NJ 07675 <br> (201) 355-3440 <br><br> *Attorneys for Plaintiffs William Liguori, Jr., Tricia Liguori, Jose Aguilar and Elizabeth Manley* | By: *Angela A Smedley* <br> Angela A. Smedley, Esq. <br><br> **WINSTON & STRAWN, LLP** <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> (212) 291-5348 <br><br> *Attorneys for Defendant Wells Fargo Bank, N.A.* |

SO ORDERED:
*[signature]*
USDJ
8/31/21